# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Diane M Williams

    Plaintiff,

vs.                                      CIVIL ACTION NO. 4:10–cv–02542
                                          Judge Kenneth M. Hoyt

United States

    Defendant.

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED and ENTERED The 2nd of March, 2012.

_____
Kenneth M. Hoyt
United States District Judge